**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Alfonso Mejia Hernandez
**Petitioner**

V.

CIVIL ACTION
NO. 26-cv-13336-WGY

David Wesling et al
**Respondents**

**ORDER OF DISMISSAL**
August 25, 2026

**BURROUGHS D.J.,**

In accordance with the Court's ELECTRONIC ORDER of August 25, 2026, it is hereby ORDERED that this petition is DISMISSED.

By the Court,

**/s/ Kellyann Belmont**
Deputy Clerk